USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN RISI,

              Petitioner,

- against -

CITY OF NEW YORK DEPARTMENT OF CORRECTIONS, ET AL.,

              Respondent.

---

10 Civ. 5836 (JGK)

**MEMORANDUM OPINION AND ORDER**

JOHN G. KOELTL, District Judge:

The Court has received the attached application for the appointment of counsel. The Court of Appeals for the Second Circuit has articulated factors that should guide the Court's discretion to appoint counsel to represent an indigent litigant under 28 U.S.C. § 1915. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the appointment of counsel, the petitioner must, as a threshold matter, demonstrate that his claim has substance or a likelihood of success on the merits. See Hodge, 802 F.2d at 61-62. Only then can the Court consider the other factors appropriate to determination of whether counsel should be appointed: "[petitioner's] ability to obtain representation independently, and his ability to handle the case without

- 1 -

assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). The petitioner has failed to show that his claims are likely to have merit, and the application for the appointment of counsel is therefore **denied without prejudice**.

SO ORDERED.

Dated: New York, New York
      October 1, 2010

                                        John G. Koeltl
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephen Risi
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 5836 JGK (   )

-against-

The City of New York
Department of Corrections, et al
_____

APPLICATION FOR THE COURT
TO REQUEST COUNSEL

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

1. Name of applicant. Stephen Risi

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   - See Attatchment -

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   - See Attatchment -

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2010 09 11

Signature: Stephen Risi

*Rev. 05/2010*

RECEIVED SEP 29 2010 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

RECEIVED SEP 28 2010 PRO SE OFFICE

Application for the Court to request Counsel.

2. I feel I need a lawyer in this case for the following reasons. At the moment it's soley for my safety since this case deals with Correction Officers. Due to a common practice of discrimination I observed with C.O.'s who sabotage inmates access to the courts in cases dealing with prison conditions, excessive force, etc. I feel an outside hand who is not subject to the control of these officers, and who has knowledge of the law can increase my chances if not ensure safety for all relating legal documents, evidence and my access to the courts.

It will also increase my chances of confidentiality for inmates property is routinly searched and in some cases it's nesissary for C.O.'s to read paperwork. In sitchuations like that I feel it can comprimise the court's truth finding process. Certain documents I could entrust in the hands of my lawyer instead of having it lying around in my cell that other C.O.'s + inmates can possibly access.

3. My steps to find an attorney have been. I've written to

4/26/10 - NYS Mental Hygiene Legal Service 1st Department
4/26/10 - Center for Constitutional Rights Sr. Staff Atty.
4/22/10 - MFY Legal Services Inc
4/26/10 - Puerto Rican Legal Defense & Education Fund.
4/26/10 - MFY Legal Services Inc.
5/17/10 - Joseph Freeman Legal Aid Society, Prisoners Rights Project
6/28/10 - NYC Bar
6/28/10 - David C. _____ & Ass.
8/15/10 - Gerald A. Allen and Assoc. & Ass.
8/20/10 - Allison Cooper Legal Aid Society
8/28/10 - NYC Bar

4. Continued

[illegible line] ... I'm put in my cell and stand [legs]. This is [idea] why I need a lawyer.

I've told my family, friends, my social worker, and criminal attorney.

I know I could of done more to seek an attorney out, its pretty difficult and new to me to juggle my cases around, especially since I try to give my criminal case the most attention. And in jail access to the courts and legal services is frustrating, slow, and inefficient.

Stephen Rist   980-08-01283

[signature: Steph Rist]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Stephen Risi_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

_The City of New York Department_
_of Corrections, et al_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 5836 (JGK) (___)

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL

I, _Stephen Risi_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.
   a) Sept. 6, 2008 - Dec. 15, 2008  b) $1,200 per month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   _Yes, family, no more than $500_____
   a) Are you receiving any public benefits?           ☑ No.   ☐ Yes, $_____.
   b) Do you receive any income from any other source? ☑ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.   ☐ Yes, _____

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.   ☐ Yes, $_____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   Alissa Risi (wife) kids) Courtney Risi, Christina Benson, Alexandrea Barnes. Self.

8. State any special financial circumstances which the Court should consider.

   I have a wife+kids and I'm an indigent pre-trial detainee who is currently homeless.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __September__, __2010__.
           date              month            year

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephen Risi
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 5836 (JGK)  ( )

- against -

The City of New York
Department of Corrections, et al
_____

AFFIRMATION OF SERVICE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __Stephen Risi__, declare under penalty of perjury that I have
        *(name)*

served a copy of the attached __Application for the Court to request Counsel__
                                    *(document you are serving)*

upon __NYC DOC_____ whose address is __75-20
     *(name of person served)*

Astoria Blvd. East Elmhurst NY 11570_____
                *(where you served document)*

by __mail_____.
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __East Elmhurst__, __NY__
        *(town/city)*      *(state)*

__September__ __11__, 20__10__
   *(month)*   *(day)* *(year)*

Signature: *Stephen Risi*

Address: __09-09 Hazen Street__

City, State: __East Elmhurst, NY__

Zip Code: __11370__

Telephone Number: _____

Rev 05/2007